# EXHIBIT A



Select Language ▼

Powered by **Google** Translate

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2021-014179 | Judge: | Arbitration 01 \| Gates |
| File Date: | 9/9/2021 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Po Wen Tseng | Plaintiff | Unknown | Pro Per |
| Scottsdale Police | Defendant | | Pro Per |
| City Of Scottsdale | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 12/13/2021 | AFS - Affidavit Of Service | 12/15/2021 | |
| **NOTE:** CITY OF SCOTTSDALE | | | |
| 12/8/2021 | SUM - Summons | 12/13/2021 | Plaintiff(1) |
| **NOTE:** AMENDED | | | |
| 12/7/2021 | AMC - Amended Complaint | 12/9/2021 | Plaintiff(1) |
| 12/7/2021 | MXS - Motion To Extend Time For Service | 12/10/2021 | Plaintiff(1) |
| 12/7/2021 | NJT - Not Demand For Jury Trials | 12/10/2021 | Plaintiff(1) |
| **NOTE:** AMENDED | | | |
| 12/7/2021 | CCS - Cerificate Arbitration - Subject To | 12/10/2021 | Plaintiff(1) |
| **NOTE:** AMENDED | | | |
| 12/7/2021 | CSH - Coversheet | 12/13/2021 | Plaintiff(1) |
| **NOTE:** AMENDED | | | |
| 12/2/2021 | AMC - Amended Complaint | 12/7/2021 | Plaintiff(1) |
| 12/2/2021 | CSH - Coversheet | 12/7/2021 | |
| **NOTE:** AMENDED | | | |
| 12/2/2021 | NJT - Not Demand For Jury Trials | 12/7/2021 | Plaintiff(1) |
| **NOTE:** AMENDED | | | |
| 12/2/2021 | CCA - Cert Compulsory Arbitration | 12/7/2021 | Plaintiff(1) |
| **NOTE:** AMENDED | | | |
| 11/17/2021 | 322 - ME: Notice Of Intent To Dismiss | 11/17/2021 | |
| 9/9/2021 | COM - Complaint | 9/13/2021 | Plaintiff(1) |
| 9/9/2021 | NJT - Not Demand For Jury Trials | 9/13/2021 | Plaintiff(1) |
| 9/9/2021 | CCS - Cerificate Arbitration - Subject To | 9/13/2021 | Plaintiff(1) |
| 9/9/2021 | CSH - Coversheet | 9/13/2021 | Plaintiff(1) |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

**In the Superior Court of the State of Arizona**

**In and For the County of** _Maricopa_

Case Number _CV 2021-014179_

# CIVIL COVER SHEET- NEW FILING ONLY
### (Please Type or Print)

Plaintiff's Attorney _____

Attorney Bar Number _____

_____

Is Interpreter Needed?  ☐ Yes  ☒ No

If yes, what language(s):

_____

_____

21 SEP -9 PM 1:10

CLERK OF THE
SUPERIOR COURT
FILED
F. FOWLER, DEP

Plaintiff's Name(s): (List all)     Plaintiff's Address:     Phone #:     Email Address:

_Po Wen Tseng_   _8221 E Garfield Street,_  _(646)617-3950_
_Unit #L204, Scottsdale,_  _davidtseng7935@gmail.com_
_AZ 85257_

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)
_Scottsdale Police_

_____

_____

_____

(List additional Defendants on page two and/or attach a separate sheet)

### RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an **"X"** next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☒ Amount Claimed $ _10000_     ☒ Tier 1   ☐ Tier 2   ☐ Tier 3

### NATURE OF ACTION

Place an **"X"** next to the **one** case category that most accurately describes your primary case. **Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.**

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury*
☐ 102 Property Damage*
☐ 103 Wrongful Death*

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence*
☐ 112 Product Liability – Asbestos*
☐ 112 Product Liability – Tobacco*
☐ 112 Product Liability – Toxic/Other*
☐ 113 Intentional Tort*
☐ 114 Property Damage*
☐ 115 Legal Malpractice*

☐ 115 Malpractice – Other professional*

☐ 117 Premises Liability*

☐ 118 Slander/Libel/Defamation*

☒ 116 Other (Specify) Wrongful arrest *

## 120 MEDICAL MALPRACTICE:

☐ 121 Physician M.D.*  ☐ 123 Hospital*

☐ 122 Physician D.O*  ☐ 124 Other*

## 130 & 197 CONTRACTS:

☐ 131 Account (Open or Stated)*

☐ 132 Promissory Note*

☐ 133 Foreclosure*

☐ 138 Buyer-Plaintiff*

☐ 139 Fraud*

☐ 134 Other Contract (e.g., Breach of Contract)*

☐ 135 Excess Proceeds-Sale*

☐ Construction Defects (Residential/Commercial)*

  ☐ 136 Six to Nineteen Structures*

  ☐ 137 Twenty or More Structures*

☐ 197 Credit Card Debt (Maricopa County Filings Only)*

## 145 & 150-199 OTHER CIVIL CASE TYPES:

☐ 156 Eminent Domain/Condemnation*

☐ 151 Eviction Actions (Forcible and Special Detainers)*

☐ 152 Change of Name

☐ 153 Transcript of Judgment

☐ 154 Foreign Judgment

☐ 158 Quiet Title*

☐ 160 Forfeiture*

☐ 175 Election Challenge

☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)*

☐ 180 Injunction against Workplace Harassment

☐ 181 Injunction against Harassment

☐ 182 Civil Penalty

☐ 186 Water Rights (Not General Stream Adjudication)*

☐ 187 Real Property *

☐ 145 Special Action against Lower Courts (See lower court appeal cover sheet in Maricopa)

☐ 194 Immigration Enforcement Challenge (A.R.S. §§1-501, 1-502, 11-1051)

☐ 199 Expungement

## 144 & 150-199 UNCLASSIFIED CIVIL:

☐ 144 Administrative Review (See Lower Court Appeal cover sheet in Maricopa)

☐ 150 Tax Appeal (All other tax matters must be filed in the AZ Tax Court)

☐ 155 Declaratory Judgment

☐ 157 Habeas Corpus

☐ 184 Landlord Tenant Dispute – Other*

☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)

☐ 191 Declaration of Factual Improper Party Status

☐ 193 Vulnerable Adult (A.R.S. §46-451)*

☐ 165 Tribal Judgment

☐ 167 Structured Settlement (A.R.S. §12-2901)

☐ 169 Attorney Conservatorships (State Bar)

☐ 170 Unauthorized Practice of Law (State Bar)

☐ 171 Out-of-State Deposition for Foreign Jurisdiction

☐ 172 Secure Attendance of Prisoner

☐ 173 Assurance of Discontinuance

☐ 174 In-State Deposition for Foreign Jurisdiction

☐ 176 Eminent Domain– Light Rail Only*

☐ 177 Interpleader– Automobile Only*

© Superior Court of Arizona in Maricopa County

CV10f 071221

ALL RIGHTS RESERVED

☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)

☐ 183 Employment Dispute – Discrimination*

☐ 185 Employment Dispute – Other*

☐ 198 Verified Rule 27(a) Petition*

☐ 196 Verified Rule 45.2 Petition

☐ 195(a) Amendment of Marriage License (Maricopa County Filings Only)

☐ 195(b) Amendment of Birth Certificate

☐ 163 Other* _____

(Specify)

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order    ☐ Provisional Remedy    ☐ OSC    ☐ Election Challenge

☐ Employer Sanction    ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at: https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

ALL RIGHTS RESERVED

Person Filing: Po Wen Tseng
Address (if not protected): 8221 E Garfield Street, Unit #120
City, State, Zip Code: Scottsdale, AZ 85257
Telephone: (646) 617-3950
Email Address: davidtseng7935@gmail.com
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff  OR  ☐ Defendant

CLERK OF THE
SUPERIOR COURT
FILED
F. FOWLER, DEP

21 SEP -9 PM
FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Po Wen Tseng
_____
PLAINTIFF,

vs.

Scottsdale Police
_____
DEFENDANT.

Case Number: CV 2021-014179

## CERTIFICATE OF COMPULSORY ARBITRATION

**\*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you DO NOT need to file this form.**

The undersigned certifies that this case is (Please check **ONLY** one option below):

☒ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☐ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

**\*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:**

_____
_____
_____

SUBMITTED this_____day of_____, 20_____.

SIGNATURE _____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                Page 1 of 1                CV03f 120319

**Person Filing:** Po Wen Tseng

**Address (if not protected):** 8221 E Garfield Street, Unit#L204,

**City, State, Zip Code:** Scottsdale, AZ 85257

**Telephone:** (646) 617-3950

**Email Address:** davidtseng7935@gmail.com

**Lawyer's Bar Number:** _____

**Representing** ☒ **Self, without a Lawyer** or ☐ **Attorney for** ☐ **Plaintiff** OR ☐ **Defendant**

CLERK OF THE
SUPERIOR COURT
FILED
F. FOWLER, DEP
21 SEP -9 PH 12:10
For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Po Wen Tseng
Name of Plaintiff

Scottsdale Police
Name of Defendant

**Case Number:** CV 2021-014179

**Title:** **PLAINTIFF'S DEMAND for JURY TRIAL**

Plaintiff, Po Wen Tseng _____, demands a trial by jury in this case. If this
*(Name of Plaintiff)*

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration.

Dated this ___9/9/2021___

*(Date of signature)*

_____Po Wen Tseng_____

*(Signature of Plaintiff or Plaintiff's Attorney)*

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 1                    CVC11f 050718

Person Filing: **Po Wen Tseng**

Address (if not protected): **8221 E Garfield Street, Unit#204**

City, State, Zip Code: **Scottsdale, Az 85257**

Telephone: **(646) 617-3950**

Email Address: **davidtseng7935@gmail.com**

Lawyer's Bar Number: _____

JEFF FINE
Clerk of the Superior Court
By Eawn Fowler, Deputy
Date 09/09/2021 Time 13:11:57
Description                    Amount
-------- CASE# CV2021-014179 Use Only
CIVIL NEW COMPLAINT            333.00

TOTAL AMOUNT                   333.00
               Receipt# 28428645

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Petitioner OR ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

**Po Wen Tseng**

Name of Plaintiff

Case Number: **CV 2021-014179**

Title: **CIVIL COMPLAINT**

**Scottsdale Police**

Name of Defendant

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1. Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

   ☐ The value of this case exceeds $10,000 dollars.

   ☐ Replevin or other nonmonetary remedy will take place in Maricopa County.

   ☒ The Plaintiff resides in Maricopa County.

   ☒ The Defendant resides in Maricopa County.

   ☐ The Defendant does business in Maricopa County.

   ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

   ☐ Other reason: _____

## DISCOVERY TIER

2. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

☒ Tier 1 = Actions claiming $50,000 or less in damages.

☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR Actions claiming nonmonetary relief.

☐ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3. The Plaintiff in this case is  Po Wen Tseng
8221 E Garfield Street, Unit #L204, Scottsdale, AZ 85257

4. The Defendant in this case is  Scottsdale Police
8401 E Indian School Road, Scottsdale, AZ 85251

## STATEMENT OF FACTS AND BREACH

5. Police officer was searching my own car without a search warrant and without probable cause of crime.

6. Police officer towed away my own car without any evidence of crime.

7. Police officer arrested me and put me into the jail without any evidence of crime.

8. _____

_____

9. _____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

10._____
_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

( 5 ) Violation of Fourth amendment of U.S Constitution

( 6 ) Towed in error under ARS 28-872

( 7 ) Arrested in error under ARS 13-3883

( ) _____

( ) _____

( ) _____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

( 5 ) Emotional distress

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

( 6 ) _emotional distress and money damage_

( 7 ) _emotional distress_

( ) _____

( ) _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( 5 ) _1000 $_

( 6 ) _2000 $_

( 7 ) _7000 $_

( ) _____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this _9/9/2021_ .
*(Date of signature)*

_Po Wen Tseng_
**(Signature of Plaintiff or Plaintiff's Attorney)**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

# VEHICLE IMPOUND REPORT

**SCOTTSDALE POLICE DEPARTMENT**
7601 E McKellips Rd, Bldg A, Scottsdale, AZ 85257
(480) 312-2869    www.ScottsdalePD.com
vehicleimpound@scottsdaleaz.gov

**POLICE REPORT NUMBER:** 211-0515616
**DATE:** 03-21-21    **TIME:** 0020
**LOCATION:** 8802 E. McDowell Rd

---

☒ **ARS 28-872**

**TOWED AND STORED FOR:**
- ☐ COLLISION
- ☐ ABANDONED
- ☒ DRIVER ARRESTED
- ☐ SPECIAL EVENT
- ☐ OBSTRUCTING THOROUGHFARE
- ☐ RECOVERED STOLEN

OTHER AGENCY NAME

FOJ REPORT #

☐ **ARS 28-3511 - MANDATORY 30 DAY IMPOUND**
**TOWED AND IMPOUNDED BECAUSE THE DRIVER:**

(MARK ALL THAT APPLY)
- ☐ HAD A REVOKED DRIVER'S LICENSE / PRIVILEGE
- ☐ HAD NO DRIVER'S LICENSE **AND** NO RECORD OF A LICENSE
- ☐ IGNITION INTERLOCK VIOLATION
- ☐ HAD A CANCELLED DRIVER'S LICENSE / PRIVILEGE **AND** WAS IN A COLLISION **AND** COULD NOT PROVIDE INSURANCE
- ☐ WAS ARRESTED FOR EXTREME DUI
- ☐ WAS ARRESTED FOR AGGRAVATED DUI
- ☐ WAS UNDER 21 WITH ALCOHOL IN BODY
- ☐ OTHER _____

PBT RESULT

- ☐ TEMPORARILY TOWED FOR FOLLOW-UP TO
  D1  D2  D3  D4
  (VEHICLE MUST BE RE-TOWED TO ALL CITY AFTER FOLLOW UP)
- ☐ RE-TOWED
  ON _____
  FROM _____
  TO _____
  ☐ ARS 28-872  ☐ ARS 28-3511
- ☐ TOWED FOR LONG-TERM EVIDENCE/SEIZURE STORAGE TO THE PROPERTY SECTION.

---

**TOWING COMPANY**
**ALL CITY TOWING**
**PHONE** (480-833-7278)

**TOWING COMPANY STORAGE LOCATION**
**922 E. GILBERT DR.    TEMPE, AZ 85281**
(CALL TO VERIFY LOCATION)

*SEE THE BACK OF THIS FORM FOR RELEASE INFORMATION*

**IGNITION KEY IN VEHICLE**
☐ YES  ☐ NO  ☐ UNK

DRIVABLE  ☒ YES  ☐ NO  ☐ UNK
☐ WRECKED

---

| LICENSE PLATE | STATE | LIC. EXP. | TYPE | LIC. PLATE IMPOUNDED ☐ YES ☒ NO | ☒ METAL PLATE |
|---|---|---|---|---|---|
| | AZ | 8/21 | PC | FOR: ☐ M/I SUSP  ☐ FIC.  ☐ OTHER | ☐ PAPER TRP |

| COLOR | YEAR | MAKE | MODEL | STYLE | ODOMETER - no 10ths. | Y | N | Unk |
|---|---|---|---|---|---|---|---|---|
| GRAY | 17 | FORD | FOCUS | 4 DR | 51042 | | | |

**VEHICLE IDENTIFICATION NUMBER**

| | Y | N | Unk |
|---|---|---|---|
| TRANSMISSION | | √ | |
| ENGINE | √ | | |
| BATTERY | √ | | |
| IGNITION INTERLOCK | | X | |
| TAPE DECK | | X | |
| CD PLAYER | √ | | |
| VIDEO SYSTEM | | √ | |
| NAVIGATION SYSTEM | | √ | |
| VIN PHYSICALLY VERIFIED | √ | | |
| EXTERIOR CHECKED | √ | | |
| INTERIOR CHECKED | √ | | |
| CSS REQUESTED | | √ | |
| PROPERTY IMPOUNDED | √ | | |

| DRIVER ☐ IS ALSO A R/O | PHONE | SERVED ☒ |
|---|---|---|
| PO WEN TSENG | | |
| ADDRESS  8801 E. GARFIELD ST 204 | CITY Scottsdale  STATE AZ  ZIP CODE | MAILED ☐ |

| R/O 1  S/A | PHONE | SERVED ☐ |
|---|---|---|
| ADDRESS | CITY  STATE  ZIP CODE | MAILED ☐ |

| R/O 2  ☒ NONE | PHONE | SERVED ☐ |
|---|---|---|
| ADDRESS | CITY  STATE  ZIP CODE | MAILED ☐ |

| LIEN HOLDER ☐ NONE  CAR FINANCE .COM LLC | PHONE | SERVED ☐ |
|---|---|---|
| ADDRESS  PO BOX 273401  SACRAMENTO CA | CITY  STATE  ZIP CODE | MAILED ☒ |

**TIRES ON VEHICLE**
(LF) (LR) (RF) (RR)

**DAMAGE:** Dent L F Fender, Scrape RF - RF Fender, Scratches Rear Bumper

**PROPERTY:** Wipes, Mail, Tissue Paper, Cinnabar oil, Umbrella, Pistol Rounds, Misc Receipts, Clips, Phone Card

| VEHICLE INVENTORIED BY: T. MORROW | BADGE # 1372 | INITIAL JWM |
|---|---|---|
| CASE OFFICER: N. FAV | BADGE # 1302 | |

THIS FORM COMPLETED BY:

| FIRST INITIAL  B | LAST NAME  CROGS | BADGE NO. BCV | ☐ SENT TO ACJIS | ☐ ACIC ENTRY BY _____ |
|---|---|---|---|---|
| | | | | FIL # |

DISTRIBUTION:  WHITE - FAX TO RECORDS    YELLOW - MAILING    PINK - DRIVER    GOLDENROD - TOW COMPANY    PD2009-2360VIR (01/19)

## SEE REVERSE SIDE FOR RELEASE INFORMATION

# VEHICLE RELEASE INFORMATION

## VEHICLES IMPOUNDED PURSUANT TO A.R.S. §28-872:

THE REGISTERED OWNER MAY GO DIRECTLY TO ALL CITY TOWING. Call 480-833-7278 to verify where the vehicle is being stored. The registered owner must show government-issued photo identification, registration or title, and pay any towing/storage fees.
For a listing of the current towing and storage fees, go to www.ScottsdalePD.com or call (480) 833-7278.
**HEARING INFORMATION**: If you are the registered owner and you desire a hearing to contest the officer's legal reason to tow your vehicle you must appear IN PERSON at the Scottsdale Police Department at 7601 E. McKellips Rd, Building A, Scottsdale, AZ 85257 Monday - Thursday between 08:30AM and 04:30PM.

## VEHICLES IMPOUNDED PURSUANT TO A.R.S. §28-3511:

State law requires we hold the vehicle for a 30-day penalty period. The registered owner or their spouse may qualify to have the vehicle released early if State requirements are met during a hearing.

### TO HAVE A HEARING YOU MUST APPEAR IN PERSON AT:

### SCOTTSDALE POLICE DEPARTMENT
### 7601 E. MCKELLIPS RD, BUILDING A
### SCOTTSDALE, AZ 85257

### VEHICLE IMPOUND HEARING HOURS:  MONDAY- THURSDAY 08:30AM – 04:30PM (WALK-IN BASIS)

### YOU MUST APPEAR BEFORE A HEARING OFFICER TO OBTAIN RELEASE AUTHORIZATION.

State law dictates when we are allowed to release the vehicle. Personal hardships cannot be taken into account. Please read the early release conditions below:

**DOCUMENTS YOU NEED TO BRING TO YOUR HEARING:**
1. **$150 MONEY ORDER** – Payable to the City of Scottsdale (**NO OTHER FORMS OF PAYMENT WILL BE ACCEPTED**)
2. **INSURANCE CARD** - Must be valid at the time of the hearing, and must be for the impounded car.
3. **VALID DRIVER'S LICENSE**- If you don't have a valid driver's license you must bring a valid government-issued photo ID **for information only**.
4. **PINK OR YELLOW VEHICLE IMPOUND REPORT**
5. **MARRIAGE LICENSE** – If you are the spouse of the registered owner and your name is NOT on the title.
6. **IGNITION INTERLOCK INSTALLATION PAPERWORK** – If you are required to have an ignition interlock device.
7. **A NEW LICENSE PLATE** - IF the front of this form indicates your license plate was impounded you must obtain a new plate from MVD.  If you cannot obtain a new plate, for any reason, you will need to get a temporary paper plate.
8. **REGISTRATION** – the registration must be valid and current. Any suspensions or expired tags must be fixed.

**EARLY RELEASE CONDITIONS:**
YOU MUST HAVE BEEN LISTED AS AN OWNER ON THE TITLE **IN THE MVD COMPUTER AT THE TIME OF THE IMPOUND** - If you sell the vehicle, or change the name on the title AFTER the vehicle was impounded, the new owner will NOT qualify for an early release.

- The registered owner was the driver and their driver's license was suspended/revoked but has been reinstated.
- The registered owner, or their spouse, was NOT the driver at the time of impound, have a valid driver's license, and are willing to appear in person to sign an agreement stating that they will only allow the vehicle to be driven legally by a driver with a valid driver's license.
- It is a rental vehicle (registered under ARS §28-2166) being used by a renter OR it has been repossessed OR it was stolen at the time it was impounded and a valid police report was filed (false reporting is a crime and will be prosecuted).
- If the vehicle is subject to bailment and is driven by an employee of a business establishment, including a parking service or repair garage.
- The registered owner was the driver, was only cited for an ignition interlock violation and has had the device installed in the vehicle while in impound.

**TO RECOVER THE VEHICLE AFTER THE 30 DAY HOLD HAS EXPIRED:**
- Bring the above listed required documents for a hearing. If you meet the State requirements you will be given a release form.
- If you own the vehicle, but do not have a valid driver's license, you must bring someone with you who has a valid driver's license and your valid government-issued photo ID.
- If you are using a power of attorney form you must provide the original, notarized document. You must also have a copy of the owner's identification used to get the document notarized.

**VALIDITY HEARING INFORMATION (IF YOU BELIEVE THE VEHICLE WAS TOWED IN ERROR):**
If you want a hearing to contest the officer's legal reason for towing the vehicle, you must request a hearing **WITHIN 10 DAYS OF THE DATE OF IMPOUND**. A hearing can only be requested by the registered owner, their spouse, their attorney, or the lien holder. Please bring the *REQUIRED DOCUMENTS* with you.

Except for stolen or improperly impounded vehicles, the vehicle owner is responsible for all administrative, towing and storage fees, regardless of when the vehicle is released.

**UNCLAIMED VEHICLES:**
If your vehicle is left unclaimed at the tow yard, after the 30 day hold has expired, the tow company will file for abandoned title to take ownership of the vehicle and you could be charged an abandoned vehicle fee. If you will be delayed in recovering the vehicle, and wish to request more time to recover the vehicle, contact the Motor Vehicle Department Abandoned Vehicle Unit at 602-712-8406.

**IF YOU NEED PROPERTY FROM INSIDE THE VEHICLE:**
The registered owner must provide government-issued photo identification and proof of ownership to the tow company.

**ADDITIONAL DOCUMENTS MAY BE REQUIRED.  REQUIREMENTS SUBJECT TO CHANGE**



INVOICE #   **210322-0003**

DATE OF SERVICE:   **03/22/2021**

## SERVICE INFORMATION

| RECEIVED | DISPATCHED | ENROUTE | ARRIVE | HOOKED | DROP OFF | CLEARED |
|----------|------------|---------|--------|--------|----------|---------|
| 00:25:30 | 00:27:44 | 00:27:59 | 00:47:15 | 00:56:08 | 01:16:30 | 01:19:24 |

| REQUESTED BY: | | |
|---|---|---|
| SCOTTSDALE POLICE DEPARTMENT (SPD) | | |

| REASON | ARREST |
|---|---|
| DRIVER ID | 294 |
| TRUCK # | 166 |

| OR/DR# | 2105566 |
|---|---|
| POLICE IMPOUND | ARREST |

| OTHER INFORMATION | |
|---|---|
| PO# | |
| UNIT# | |
| LOT LOC | E |

| PICK UP LOCATION |
|---|
| 8202 E MCDOWELL RD |
| SCOTTSDALE,AZ 85257 |
| CIRCLE K |

| DROP OFF LOCATION |
|---|
| E-LOT |
| 922 E GILBERT DR |
| TEMPE,AZ 85281 |

| RELEASE INFORMATION |
|---|
| RELEASED TO: |
| PO WEN TSENG |
| RELEASED DATE         03/22/2021 13:58:04 |

| OWNER INFORMATION: |
|---|
| PO WEN TSENG |
| 8221 E GARFIELD ST |
| SCOTTSDALE ,AZ 85257 |
| 6466173950 |

| VEHICLE INFORMATION: | |
|---|---|
| VIN NO | ▉▉▉▉ |
| LICENSE PLATE | ▉▉▉ |
| YEAR | 2017 |
| MAKE | FORD |
| MODEL | FOCUS |
| COLOR | SILVER |
| STYLE | 4 DOOR HATCHBACK |

### CHARGES BREAKDOWN

| TYPE | UNITS | RATE |
|---|---|---|
| HOURLY | 0.0 | $0.00 |
| LOADED | 3.0 | $0.00 |
| UNLOADED | 23.0 | $0.00 |
| STORAGE | 1.0 | $44.00 |

### CHARGES

| | |
|---|---|
| FLAT TOW | $0.01 |
| HOURLY TOW | $0.00 |
| MILEAGE | $0.00 |
| | |
| STORAGE | $44.00 |
| SUB TOTAL | $44.01 |
| DISCOUNT | $0.00 |
| TAX | $0.00 |
| TOTAL | $44.01 |
| PAID | $44.01 |
| BALANCE DUE | $0.00 |



## PAYMENT HISTORY

| DATE | TYPE | AMOUNT | APPROVAL CODE |
|---|---|---|---|
| 03/22/2021 | CREDIT | $44.01 | 045716 |

I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF VEHICLE DESCRIBED ABOVE AND/OR ALL PERSONAL PROPERTY THEREIN

SIGNATURE ———————————————

## Inmate Property Taken Summary

## INMATE PROPERTY TAKEN FORM

Inmate name: _TSENG, PO WEN_

Arresting Agency: _SPD_      Booking No.:_2021001879_

| Item | Qnty | Received From | Received Date | Bin Location |
|------|------|---------------|---------------|--------------|
| ITEM / CELLULAR TELEPHONE | 1.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| ITEM / VEHICLE IMPOUND REPORT | 1.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| ITEM / DRIVERS LICENSE | 1.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| ITEM / KEY | 3.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| ITEM / OTHER Note: Charging Cord | 1.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| VALUABLES / NECKLACE | 1.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| ITEM / WALLET | 1.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| ITEM / BELT | 1.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| CASH / CASH / COINS | 77.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| VALUABLES / NECKLACE - WHITE | 1.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| VALUABLES / CREDIT CARD | 3.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| CASH / 2$ BILL | 1.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |

ID
44,01$
12:30 AM

Criminal Defense Attorney

2/19

violationinfo.com

Notice # █████████
PIN # █████

3/27/2021
completion Date

B
May
~~April~~ 7        240-260

---

court # 0751
www. azcourts. gov /drive /Defensive -Driving-
Schools
1 - 888 - 334 - 5565

www. azdrive.com

█████████
Citation #
-Fast Arizona Defensive Driving
Cheaper- ~~Easy~~ -Fast

1 - 866 - 790 - 4111

www. cheapereacierfasterarizona.com

Dog                 Complaint # 60543546          Cappucino
Plane                                              Friday
Reading         Violation Code # 28-701A          Classical
Yellow             (760) 983 - 4509               Chips
Chinese           (800) 554 - 2188                Ford

# SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

**FILED**
11/17/2021
by Superior Court Admin
on behalf of Clerk of the
Superior Court

Ct. Admin
Deputy

11/13/2021

COURT ADMINISTRATION

**Case Number:** CV2021-014179

**Po Wen Tseng**

**V.**

**Scottsdale Police**

---

This matter is currently assigned to the Arbitration Calendar, under the supervision of the Honorable Pamela Sue Gates

## NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 09/09/2021 is subject to dismissal pursuant to Rule 4 (i) of the Arizona Rules of Civil Procedure. The deadline for completing service is 12/08/2021. If the time for completing service has not been extended by the court and no defendants have been served by this date, the case will be dismissed without prejudice.

All documents required to be filed with the court should be electronically filed through Arizona Turbo Court at www.azturbocourt.gov.

# Superior Court of Maricopa County - integrated Court Information System
## Endorsee Party Listing
Case Number: CV2021-014179

| Party Name | Attorney Name |
| --- | --- |
| Po Wen Tseng | Pro Per |

**Person Filing:** Po Wen Tseng

**Address (if not protected):** 8221 E Garfield St, Unit #L204,

**City, State, Zip Code:** Scottsdale, AZ 85257

**Telephone:** (646)617-3950

**Email Address:** davidtseng7935@gmail.com

**Lawyer's Bar Number:** _____

**Representing** ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff **OR** ☐ Defendant

CLERK OF THE
SUPERIOR COURT
FILED
M. SMITH, DEP

21 DEC -2 PH 4: 36

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Po Wen Tseng

_____
PLAINTIFF,

vs.

Scottsdale Police
City of Scottsdale

_____
DEFENDANT.

Amended

**Case Number:** CV 2021-014179

## CERTIFICATE OF COMPULSORY ARBITRATION

**\*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you DO NOT need to file this form.**

The undersigned certifies that this case is (Please check **ONLY** one option below):

☒ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☐ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

**\*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:**

_____
_____
_____

SUBMITTED this_____day of_____, 20_____.

SIGNATURE _____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 1 of 1                    CV03f 120319

Person Filing: Po Wen Tseng
Address (if not protected): 8221 E Garfield St, Unit # L204,
City, State, Zip Code: Scottsdale, AZ 85257
Telephone: (646) 617-3950
Email Address: davidtseng7935@gmail.com
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

CLERK OF THE
SUPERIOR COURT
FILED
M. Smith, Dep ·· Clerk's Use Only
21 DEC -2 PM 4: 37

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Amended

Po Wen Tseng
_____
Name of Plaintiff

Case Number: CV 2021 - 014179

Scottsdale Police, City of Scottsdale
_____
Name of Defendant

Title: **PLAINTIFF'S DEMAND for JURY TRIAL**

Plaintiff, Po Wen Tseng _____, demands a trial by jury in this case. If this
        *(Name of Plaintiff)*

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration.

Dated this 12/2/2021
_____
*(Date of signature)*

Po Wen Tseng
_____
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
Page 1 of 1
CVC11f 050718

Person Filing: **Po Wen Tseng**

Address (if not protected): **8221 E Garfield St, Unit# L204,**

City, State, Zip Code: **Scottsdale, AZ 85257**

Telephone: **(646) 617-3950**

Email Address: **davidtseng7935@gmail.com**

Lawyer's Bar Number: _____

CLERK OF THE
SUPERIOR COURT
FILED
M. SMITH, DEP
For Clerk's Use Only

21 DEC -2 PM 4:45

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Petitioner OR ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

**Po Wen Tseng**

Name of Plaintiff

**Scottsdale Police, City of Scottsdale**

Name of Defendant

Case Number: *Amended* **CV 2021-014179**

Title: **CIVIL COMPLAINT**

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1. Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

   ☐ The value of this case exceeds $10,000 dollars.

   ☐ Replevin or other nonmonetary remedy will take place in Maricopa County.

   ☒ The Plaintiff resides in Maricopa County.

   ☒ The Defendant resides in Maricopa County.

   ☐ The Defendant does business in Maricopa County.

   ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

   ☐ Other reason: _____

   _____

**DISCOVERY TIER**

2.  Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign
    my case to the following tier based on the amount of damages I request.

    ☒ Tier 1 = Actions claiming $50,000 or less in damages.

    ☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

           OR  Actions claiming nonmonetary relief.

    ☐ Tier 3 = Actions claiming $300,000 or more in damages.

**PARTIES**

3.  The Plaintiff in this case is _Po Wen Tseng_
    _8221 E Garfield St, Unit#L204, Scottsdale, AZ 85257_

4.  The Defendant in this case is _Scottsdale Police, City of_
    _Scottsdale_
    _8401 E Indian School Rd, Scottsdale, AZ 85251_
    _3700 N 75th St, Scottsdale, AZ 85251_

**STATEMENT OF FACTS AND BREACH**

5.  Scottsdale Police Officer was searching my own
    car without a search warrant and without probable
    cause of crime.

6.  Scottsdale Police Officer towed away my own car
    without any evidence of crime.

7.  Scottsdale Police Officer arrested me and put
    me into the jail without any evidence of crime.

8.  _____

    _____

    _____

9.  _____

    _____

10._____

_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

( 5 ) Violation of Fourth Amendment of U.S Constitution.

( 6 ) Towed in error under ARS 28-872

( 7 ) Arrested in error under ARS 13-3883

( ) _____

( ) _____

( ) _____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

( 5 ) Emotional distress

( 6 ) Emotional distress and money damage

( 7 ) Emotional distress

(  ) _____

(  ) _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( 5 ) 1000 $

( 6 ) 2000 $

( 7 ) 7000 $

(  ) _____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this ___12/ 2 / 2021___ .
*(Date of signature)*

Po Wen Tsey
*(Signature of Plaintiff or Plaintiff's Attorney)*

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

Person Filing: Po Wen Tseng

Address (if not protected): 8221 E Garfield St, Unit#L204,

City, State, Zip Code: Scottsdale, AZ 85257

Telephone: (646) 617-3950

Email Address: davidtseng7935@gmail.com

Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

CLERK OF THE
SUPERIOR COURT
FILED
L. GUTIERREZ, DEP.

21 DEC -7 PM 12: 19

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Po Wen Tseng

_____
PLAINTIFF,

vs.

City of Scottsdale

_____
DEFENDANT.

Amended

Case Number: CV2021-014179

## CERTIFICATE OF COMPULSORY ARBITRATION

**\*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you DO NOT need to file this form.**

The undersigned certifies that this case is (Please check ONLY one option below):

☒ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☐ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

**\*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:**

_____

_____

_____

SUBMITTED this_____day of_____, 20_____.

SIGNATURE _____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED               Page 1 of 1                CV03f 120319

Person Filing: **Po Wen Tseng**

Address (if not protected): **8221 E Garfield St, Unit#L204,**

City, State, Zip Code: **Scottsdale, AZ 85257**

Telephone: **(646) 617-3950**

Email Address: **davidtseng7935@gmail.com**

Lawyer's Bar Number: _____

CLERK OF THE
SUPERIOR COURT
FILED
L. GUTIERREZ, DEP.
For Clerk's Use Only
21 DEC -7 PM 12: 20

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff   OR  ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

**Po Wen Tseng**

Name of Plaintiff

**City of Scottsdale**

Name of Defendant

Case Number: **~~Amended~~ CV 2021-014179**

Title: **PLAINTIFF'S DEMAND for JURY TRIAL**

Plaintiff, **Po Wen Tseng** , demands a trial by jury in this case. If this
        *(Name of Plaintiff)*

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration.

Dated this **12/7/2021**
        *(Date of signature)*

_____
(Signature of Plaintiff or Plaintiff's Attorney)

Person Filing: Po Wen Tseng
Address (if not protected): 8227 E Garfield St, Unit #L204,
City, State, Zip Code: Scottsdale, AZ 85257
Telephone: (646) 617-3950
Email Address: davidtseng7935@gmail.com
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

CLERK OF THE
SUPERIOR COURT
FILED
L GUTIERREZ, DEP.

21 DEC -7 PM 12: 20

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Po Wen Tseng
_____
Name of Plaintiff or Petitioner

City of Scottsdale
_____
Name of Defendant or Respondent

Case Number: CV-2021-014979

Title: Request for extend the time for service

Explain what you want the Court to order. The Judge may grant, deny, or change your request (or "motion"). A ruling will be issued by "minute entry."

I don't have enough time to serve the service.
Please extend the time for service.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 1 of 3

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
5868

GN10f-040517

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Today's Date:** 12/7/2021

**Your Signature**

Page 2 of 3

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
5868

GN10f-040517

Case No. _CV 2021 - 014179_

# This page must be completed and attached
# to the LAST page of your Motion/Request

☒ I filed the ORIGINAL of the attached document(s) with the Clerk of the Superior Court in Maricopa County on: ___12___ ___7___ ___2021___

                                   Month       Date      Year

☒ I mailed/delivered a COPY of the attached document(s) to the Judicial Officer assigned to my case, Judge (or Commissioner): __Pamela Gates__ , on ___12___ ___7___ ___2021___

   Month     Date     Year         (Judicial Officer assigned to your case)

☐ I mailed/delivered a COPY of the attached document(s) on this date:

_____ To: _____

Month     Date     Year

***(You must mail a copy of all documents to the other side and his/her lawyer)***

__City of Scottsdale__

Name of Other Side                                    Name of Other Side's Lawyer

__3700 N 75th St,__

Address                                               Lawyer's Address

__Scottsdale, AZ 85251__

City, State, Zip                                      City, State, Zip

By signing below, I state to the Court, under penalty of law, that the information stated on these pages is true and correct to the best of my knowledge and belief.

I further state that I have filed/mailed the attached document(s) as shown above. I understand that if I do not file/mail the attached document(s) as shown above, the judge in my case will not read my request/motion.

_Po Wen Tseng_

Your signature

Page 3 of 3

© Superior Court of Arizona in Maricopa County
  ALL RIGHTS RESERVED
**5868**

GN10f-040517

Person Filing: Po Wen Tseng
Address (if not protected): 8221 E Garfield St, Unit #L204,
City, State, Zip Code: Scottsdale, AZ 85257
Telephone: (646) 617-3950
Email Address: davidtseng7935@gmail.com
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

CLERK OF THE
SUPERIOR COURT
FILED
L. GUTIERREZ, DEP.

For Clerk's Use Only

21 DEC -7 PM 12: 19

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Amended

Po Wen Tseng

Name of Plaintiff

City of Scottsdale

Name of Defendant

Case Number: CV-2021-014179

Title:  **CIVIL COMPLAINT**

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1.  Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☐ The value of this case exceeds $10,000 dollars.

    ☐ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☒ The Plaintiff resides in Maricopa County.

    ☒ The Defendant resides in Maricopa County.

    ☐ The Defendant does business in Maricopa County.

    ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☐ Other reason: _____

## DISCOVERY TIER

2.   Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

   ☒ Tier 1 = Actions claiming $50,000 or less in damages.

   ☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

        OR  Actions claiming nonmonetary relief.

   ☐ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3.   The Plaintiff in this case is _Po Wen Tseng_
_6221 E Garfield St, Unit #1204, Scottsdale, AZ 85257_

4.   The Defendant in this case is _City of Scottsdale_
_3700 N 75th St, Scottsdale, AZ 85251_

## STATEMENT OF FACTS AND BREACH

5.   _Scottsdale Police Officer was searching my own car without a search warrant and without probable cause of crime._

6.   _Scottsdale Police Officer towed away my own car without any evidence of crime._

7.   _Scottsdale Police Officer arrested me and put me into the jail without any evidence of crime._

8.   _____

9.   _____

10. _____

_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

( 5 ) Violation of Fourth Amendment of U.S Constitution.

( 6 ) Towed in error under ARS 28-872

( 7 ) Arrested in error under ARS 13-3883

(  ) _____

(  ) _____

(  ) _____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

( 5 ) Emotional distress

( 6 ) Emotional distress and money damage

( 7 ) Emotional distress

(  ) _____

(  ) _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)


## DEMAND FOR RELIEF


**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( 5 ) 1000 $

( 6 ) 2000 $

( 7 ) 7000 $

(  ) _____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)


Dated this __12/7/2021__.
*(Date of signature)*

*(Signature of Plaintiff or Plaintiff's Attorney)*

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

# VEHICLE IMPOUND REPORT

**SCOTTSDALE POLICE DEPARTMENT**
7601 E McKellips Rd, Bldg A, Scottsdale, AZ 85257
(480) 312-2869   www.ScottsdalePD.com
vehicleimpound@scottsdaleaz.gov

**POLICE REPORT NUMBER**

DATE                                    TIME

LOCATION

---

☐ **ARS 28-872**

**TOWED AND STORED FOR:**

☐ COLLISION
☐ ABANDONED
☐ DRIVER ARRESTED
☐ SPECIAL EVENT
☐ OBSTRUCTING THOROUGHFARE
☐ RECOVERED STOLEN

_____
OTHER AGENCY NAME

_____
FOJ REPORT #

☐ **ARS 28-3511 - MANDATORY 30 DAY IMPOUND**

**TOWED AND IMPOUNDED BECAUSE THE DRIVER:**

(MARK ALL THAT APPLY)

☐ HAD A REVOKED DRIVER'S LICENSE / PRIVILEGE
☐ HAD NO DRIVER'S LICENSE AND NO RECORD OF A LICENSE
☐ IGNITION INTERLOCK VIOLATION
☐ HAD A CANCELLED DRIVER'S LICENSE / PRIVILEGE AND WAS IN A COLLISION AND COULD NOT PROVIDE INSURANCE
☐ WAS ARRESTED FOR EXTREME DUI
☐ WAS ARRESTED FOR AGGRAVATED DUI
☐ WAS UNDER 21 WITH ALCOHOL IN BODY
☐ OTHER _____

PBT RESULT

☐ **TEMPORARILY TOWED FOR FOLLOW-UP TO**

D1  D2  D3  D4

(VEHICLE MUST BE RE-TOWED TO ALL CITY AFTER FOLLOW UP)

☐ **RE-TOWED**

ON _____
FROM _____
TO _____

☐ ARS 28-872   ☐ ARS 28-3511

☐ **TOWED FOR LONG-TERM EVIDENCE/SEIZURE STORAGE TO THE PROPERTY SECTION.**

---

TOWING COMPANY
**ALL CITY TOWING**

PHONE
**480-833-7278**

*SEE THE BACK OF THIS FORM FOR RELEASE INFORMATION*

**IGNITION KEY IN VEHICLE**
☐ YES  ☐ NO  ☐ UNK

DRIVABLE  ☐ YES  ☐ NO  ☐ UNK
☐ WRECKED

TOWING COMPANY STORAGE LOCATION
**922 E. GILBERT DR.    TEMPE, AZ  85281**
(CALL TO VERIFY LOCATION)

| LICENSE PLATE | STATE | LIC. EXP. | TYPE | LIC. PLATE IMPOUNDED ☐ YES ☐ NO | ☐ METAL PLATE |
|---|---|---|---|---|---|
| | | | | FOR: ☐ M/I SUSP ☐ FIC. ☐ OTHER | ☐ PAPER TRP |

| COLOR | YEAR | MAKE | MODEL | STYLE | ODOMETER - no 10ths. |
|---|---|---|---|---|---|

VEHICLE IDENTIFICATION NUMBER

| | Y | N | Unk |
|---|---|---|---|
| TRANSMISSION | | | |
| ENGINE | | | |
| BATTERY | | | |
| IGNITION INTERLOCK | | | |
| TAPE DECK | | | |
| CD PLAYER | | | |
| VIDEO SYSTEM | | | |
| NAVIGATION SYSTEM | | | |
| VIN PHYSICALLY VERIFIED | | | |
| EXTERIOR CHECKED | | | |
| INTERIOR CHECKED | | | |
| CSS REQUESTED | | | |
| PROPERTY IMPOUNDED | | | |

DRIVER ☐ IS ALSO A R/O        PHONE                SERVED ☐
ADDRESS          CITY          STATE   ZIP CODE     MAILED ☐

R/0 1                          PHONE                SERVED ☐
ADDRESS          CITY          STATE   ZIP CODE     MAILED ☐

R/0 2                          PHONE                SERVED ☐
☐ NONE
ADDRESS          CITY          STATE   ZIP CODE     MAILED ☐

LIEN HOLDER                    PHONE                SERVED ☐
☐ NONE
ADDRESS          CITY          STATE   ZIP CODE     MAILED ☐

**TIRES ON VEHICLE**

LF    LR    RF    RR

DAMAGE:

PROPERTY:

VEHICLE INVENTORIED BY:                    BADGE # _____    INITIAL _____

CASE OFFICER:                              BADGE # _____

THIS FORM COMPLETED BY:           ☐ SENT TO ACJIS      ☐ ACIC ENTRY BY _____

FIRST INITIAL      LAST NAME      BADGE NO.          FIL # _____

DISTRIBUTION:  WHITE - FAX TO RECORDS    YELLOW - MAILING    PINK - DRIVER    GOLDENROD - TOW COMPANY          PD2009-2360VIR (01/19)

## SEE REVERSE SIDE FOR RELEASE INFORMATION

ALL CITY TOWING
2031 W 1ST ST
TEMPE, AZ, 85281
480-833-7278



| | |
|---|---|
| **INVOICE #** | **210322-0003** |
| DATE OF SERVICE: | **03/22/2021** |

## SERVICE INFORMATION

| RECEIVED | DISPATCHED | ENROUTE | ARRIVE | HOOKED | DROP OFF | CLEARED |
|---|---|---|---|---|---|---|
| 00:25:30 | 00:27:44 | 00:27:59 | 00:47:15 | 00:56:08 | 01:16:30 | 01:19:24 |

| REQUESTED BY: |
|---|
| SCOTTSDALE POLICE DEPARTMENT (SPD) |

| | |
|---|---|
| REASON | ARREST |
| DRIVER ID | 294 |
| TRUCK # | 166 |

| | |
|---|---|
| OR/DR# | 2105566 |
| POLICE IMPOUND | ARREST |

| OTHER INFORMATION | |
|---|---|
| PO# | |
| UNIT# | |
| LOT LOC | E |

| PICK UP LOCATION |
|---|
| 8202 E MCDOWELL RD |
| SCOTTSDALE,AZ 85257 |
| CIRCLE K |

| DROP OFF LOCATION |
|---|
| E-LOT |
| 922 E GILBERT DR |
| TEMPE,AZ 85281 |

| RELEASE INFORMATION | |
|---|---|
| RELEASED TO: | |
| PO WEN TSENG | |
| RELEASED DATE | 03/22/2021 13:58:04 |

| OWNER INFORMATION: |
|---|
| PO WEN TSENG |
| 8221 E GARFIELD ST |
| SCOTTSDALE ,AZ 85257 |
| 6466173950 |

| VEHICLE INFORMATION: | |
|---|---|
| VIN NO | |
| LICENSE PLATE | |
| YEAR | 2017 |
| MAKE | FORD |
| MODEL | FOCUS |
| COLOR | SILVER |
| STYLE | 4 DOOR HATCHBACK |

| CHARGES BREAKDOWN | | |
|---|---|---|
| TYPE | UNITS | RATE |
| HOURLY | 0.0 | $0.00 |
| LOADED | 3.0 | $0.00 |
| UNLOADED | 23.0 | $0.00 |
| STORAGE | 1.0 | $44.00 |

| CHARGES | |
|---|---|
| FLAT TOW | $0.01 |
| HOURLY TOW | $0.00 |
| MILEAGE | $0.00 |
| STORAGE | $44.00 |
| SUB TOTAL | $44.01 |
| DISCOUNT | $0.00 |
| TAX | $0.00 |
| TOTAL | $44.01 |
| PAID | $44.01 |
| BALANCE DUE | $0.00 |



| PAYMENT HISTORY | | | |
|---|---|---|---|
| DATE | TYPE | AMOUNT | APPROVAL CODE |
| 03/22/2021 | CREDIT | $44.01 | 045716 |

I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF VEHICLE DESCRIBED ABOVE AND/OR ALL PERSONAL PROPERTY THEREIN

SIGNATURE ————————————————

## Inmate Property Taken Summary

# INMATE PROPERTY TAKEN FORM

Inmate name: _TSENG, PO WEN_

Arresting Agency: _SPD_          Booking No.: _2021001879_

| Item | Qnty | Received From | Received Date | Bin Location |
|------|------|---------------|---------------|--------------|
| ITEM / CELLULAR TELEPHONE | 1.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| ITEM / VEHICLE IMPOUND REPORT | 1.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| ITEM / DRIVERS LICENSE | 1.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| ITEM / KEY | 3.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| ITEM / OTHER Note: Charging Cord | 1.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| VALUABLES / NECKLACE | 1.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| ITEM / WALLET | 1.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| ITEM / BELT | 1.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| CASH / CASH / COINS | 77.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| VALUABLES / NECKLACE - WHITE | 1.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| VALUABLES / CREDIT CARD | 3.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |
| CASH / 2$ BILL | 1.00 | Tseng, Po Wen | 03/22/2021 | DISTRICT 2 \| JAIL AREA \| LOCKER 18 \| |



Person Filing: **Po Wen Tseng**
Address (if not protected): **8221 E Garfield St, Unit# L204,**
City, State, Zip Code: **Scottsdale, AZ 85257**
Telephone: **(646) 617-3950**
Email Address: **davidtseng7935@gmail.com**
Lawyer's Bar Number: _____

Representing [X] Self, without a Lawyer or [ ] Attorney for [ ] Plaintiff OR [ ] Defendant

For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

**Po Wen Tseng**
Name of Plaintiff

And

**City of Scottsdale**
Name of Defendant

Case No.: **Amended CV2021-014179**

## SUMMONS

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** **City of Scottsdale**
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 OR

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

DEC -7 2021

JEFF FINE, CLERK

SIGNED AND SEALED this date

CLERK OF SUPERIOR COURT

Deputy Clerk

L. Gutierrez
Deputy Clerk

Arizona Quick Serve
9393 N 90th St Suite 121
Scottsdale, AZ 85258
480-314-5050

CLERK OF THE
SUPERIOR COURT
FILED
A. SLAUGHTER-ROMERO, DEP

2021 DEC 13  PM 3: 43

## IN THE MARICOPA COUNTY SUPERIOR COURT, STATE OF ARIZONA

Po Wen Tseng

Case Number: CV2021-014179

     Plaintiff(s)/Petitioner(s),

VS.

**CERTIFICATE OF PROCESS**

**City of Scottsdale**

     Defendant(s)/Respondent(s).

The undersigned certifies that I am fully qualified under ARCP 4(e) to serve process within the state of Arizona, and executed service in the manner described below:

Documents Served: **Amended Summons; Amended Civil Complaint; Amended Certificate Of Compulsory Arbitration; Amended Plaintiff's Demand For Jury Trial; Amended Civil Cover Sheet ; Request To Extend The Time For Service**

Service Upon: **City Of Scottsdale**

Date of Service: **Wed, Dec 08 2021**                    Time of Service: **03:50 PM**

Address of Service: **3939 N Drinkwater Blvd, Scottsdale, AZ 85251**

Manner of Service:

☐ By Serving                              in person.
☐ Substitute, by serving                              , a person of suitable age and discretion who resides with
at the address of service.
☒ By personally serving **Christopher Feltz** who holds the position of **City Clerk**
☐ Other Service, As Detailed Below.
☐ Non-Service for the Reasons Detailed Below.

Description: Age: 40-45; Ethnicity: Caucasian; Gender: Male; Weight: 210 ; Height: 6'1"; Hair: Brown; Eyes: Brown

I certify under penalty of perjury that the foregoing is true and correct.

**Declarant: Tonya Arruda**
**Registered in MC-8997**
**Job Number: 6399776**

Executed on 12, 10 2021.

| Service | $200.00 |
|---|---|
| Mileage | $ |
| Locate | $ |
| Other | $ |
| Total | $ 200.00 |